**Fill in this information to identify the case:**

Debtor name Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known) 26-57257

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $ 11,266.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. $
   - 4.2. $

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 11,266.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $ ______

7.2. ______ $ ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $ ______

8.2. ______ $ ______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 28,231.00 | - | 0.00 | = ......... ➤ | $ 28,231.00 |
| 11b. Over 90 days old: | 0.00 | - | 0.00 | = ......... ➤ | $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 28,231.00

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. ______ ______ $ ______

14.2. ______ ______ $ ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______ ____% ______ $ ______

15.2. ______ ____% ______ $ ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ______ ______ $ ______

16.2. ______ ______ $ ______

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| ______ | ______ MM / DD / YYYY | $ ______ | ______ | $ ______ |
| 20. **Work in progress** | | | | |
| ______ | ______ MM / DD / YYYY | $ ______ | ______ | $ ______ |
| 21. **Finished goods, including goods held for resale** | | | | |
| ______ | ______ MM / DD / YYYY | $ ______ | ______ | $ ______ |
| 22. **Other inventory or supplies** | | | | |
| ______ | ______ MM / DD / YYYY | $ ______ | ______ | $ ______ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ______ | $ ______ | ______ | $ ______ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| ______ | $ ______ | ______ | $ ______ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ______ | $ ______ | ______ | $ ______ |

31. **Farm and fishing supplies, chemicals, and feed**

| | $ | | $ |
|---|---|---|---|

32. **Other farming and fishing-related property not already listed in Part 6**

| | $ | | $ |
|---|---|---|---|

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **chairs, desks** | $ | | $ 3,500.00 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $ | | $ |
| 42.2. | $ | | $ |
| 42.3. | $ | | $ |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. $ 3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | $ | | $ |
| 47.2. | $ | | $ |
| 47.3. | $ | | $ |
| 47.4. | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | $ | | $ |
| 48.2. | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1. | $ | | $ |
| 49.2. | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. | $ | | $ |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 5738 Old Dixie Highway, Forest Park, Georgia 30297 | 100% | $ | **BOV Report** | $ 13,000,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 13,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- [ ] No
- [x] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- [ ] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- [ ] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ _____ - _____ = ➤ $ _____

Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $ _____

_____ Tax year _____ $ _____

_____ Tax year _____ $ _____

73. **Interests in insurance policies or annuities**

_____ $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $ _____

Nature of claim _____

Amount requested $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $ _____

Nature of claim _____

Amount requested $ _____

76. **Trusts, equitable or future interests in property**

_____ $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

_____ $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90 — $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 11,266.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 28,231.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,500.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ............ ➤ | | | $ 13,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ............91a. | $ 42,997.00 | + 91b. | $ 13,000,000.00 |

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.* 13,042,997.00 ............ $ 13,042,997.00

**Fill in this information to identify the case:**

Debtor name Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 26-57257

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Creditor's name** Clayton County Tax Commissioner | $ 161,177.13 | $ 13,000,000.00 |

**Creditor's mailing address**
121 S. McDonough Street
Annex 3, 2nd Floor, Jonesboro, GA 30236

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
5738 Old Dixie Highway, Forest Park, Georgia 30297

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.2 **Creditor's name**
Elsner's Superior Flooring

**Creditor's mailing address**
1800 Wilson Way
Suite 3, Smyrna, GA 30082

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
5738 Old Dixie Highway, Forest Park, Georgia 30297

$ 53,318.05 | $ 13,000,000.00

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.3 **Creditor's name**
EMG Transfer Agent c\o Cogency Global Inc.

**Creditor's mailing address**
850 New Burton Rd
Suite 210, Dover, DE 19904

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
5738 Old Dixie Highway, Forest Park, Georgia 30297

$ 9,055,000.00 | $ 13,000,000.00

**Describe the lien**
Security Deed

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 9,269,495.18

**Fill in this information to identify the case:**

Debtor Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known) 26-57257

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $____ | $____ |
| **2.2** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $____ | $____ |
| **2.3** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $____ | $____ |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
138 Appliances
807 Deerwood Drive
Stockbridge, GA 30281

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,595.00

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Apartments.com
1331 L Street, NW
Washington, DC 20005

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,645.00

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
CallMax (MRISoftware, LLC)
29596 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,865.84

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Clayton County Community Development Department
121 South McDonough Street
Annex 2 P.K. Dixon Building
Jonesboro, GA 30236

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,834.37

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Clayton County Fire and Emergency Services
P.O. Box 935667
Atlanta, GA 31193

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.00

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Clayton County Water Authority
1600 Battle Creek Road
Morrow, GA 30260

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82,219.81

**Basis for the claim:**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

Comcast
P.O. Box 71211
Charlotte, NC 28272

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 217.45

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

COR Flooring Service, LLC
3214 Valley Bruff Road
118
Atlanta, GA 30340

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,430.00

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

Creative Multicare
P.O. Box 1147
Jonesboro, GA 30237

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 10,755.00

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

CSS Services
P.O. Box 451027
Atlanta, GA 31145

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,048.50

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

Dye Masters Group, Inc.
P.O. Box 1825
Decatur, GA 30031

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,505.00

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Edwin Andres Ladino Giraldo
3603 Spring Drive
Atlanta, GA 30360

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

$ 367.26

**3.13 Nonpriority creditor's name and mailing address**

Gas South
P.O. Box 530552
Atlanta, GA 30353

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

$ 3,345.81

**3.14 Nonpriority creditor's name and mailing address**

Georgia Power
96 Annex
Atlanta, GA 30396

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

$ 3,617.33

**3.15 Nonpriority creditor's name and mailing address**

Great Dane Glass & Mirror
250 Churchill Court
Woodstock, GA 30188

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

$ 95.00

**3.16 Nonpriority creditor's name and mailing address**

HD Supply Facilities Maintenance
4244 Old Dixie Road
Atlanta, GA 30354

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

$ 5,212.00

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**

Hidden Village Apartments
3041 Landrum Drive SW
Atlanta, GA 30311

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,250.00

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

3.18 **Nonpriority creditor's name and mailing address**

J5 Group, Inc.
931 Mountain Crest Way
Hoschton, GA 30548

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

3.19 **Nonpriority creditor's name and mailing address**

JB Carmona Lawn Service
240 White Road
Fayetteville, GA 30214

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,860.00

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

3.20 **Nonpriority creditor's name and mailing address**

Joe Beasley
755 Commerce Drive
Suite 406
Decatur, GA 30030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,963.80

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

3.21 **Nonpriority creditor's name and mailing address**

Kings III of America, LLC
751 Canyon Drive
Suite 100
Coppell, TX 75019

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,192.26

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**
Kingshield LLC
3248 Canterbury Tr.
Red Oak, GA 30272

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.00

**Basis for the claim:**

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Real Floors, Inc.
P.O. Box 532318
Atlanta, GA 30353

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36,322.93

**Basis for the claim:**

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Republic Service #800
P.O. Box 9001099
Louisville, KY 40290

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,762.08

**Basis for the claim:**

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
Resman, LLC
P.O. Box 738155
Dallas, TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,602.12

**Basis for the claim:**

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
Reynolds Restoration Group
P.O. Box 870295
Stone Mountain, GA 30087

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,005.00

**Basis for the claim:**

**Date or dates debt was incurred** ___
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Veracruz Investment Group, LLC Case number (if known) 26-57257
Name

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.27 Nonpriority creditor's name and mailing address**

Screening Reports Better NOI
2900 Monarch Lakes Boulevard
Suite 201
Hollywood, FL 33027

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 2,095.00

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.28 Nonpriority creditor's name and mailing address**

Soto Delgado Plumbing Inc.
596 Morrow Road
Forest Park, GA 30297

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 19,955.00

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.29 Nonpriority creditor's name and mailing address**

The Lockett Firm LLC
1397 Carroll Avenue
Atlanta, GA 30318

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 31,046.41

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.30 Nonpriority creditor's name and mailing address**

Wilson Pool Service
P.O. Box 712
Experiment, GA 30212

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 6,900.00

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ ________

**Basis for the claim:**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- No
- [ ] Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 275,267.97 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 275,267.97 |

**Fill in this information to identify the case:**

Debtor name: Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 26-57257 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | Management agreement | Name: Horizon Realty Partners, LLC<br>Street: 3180-B Franklin Street<br>City: Avondale Estates State: GA Zip: 30002 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | Tenant Leases, Lessor | Name: 126 Residential Tenant Leases<br>Street:<br>City: State: Zip: |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 26-57257

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | John Lai | 4079 Governor Drive (Street)<br>#168<br>San Diego (City) CA (State) 92122 (ZIP Code) | EMG Transfer Agent c\o Cogency Global Inc. | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 26-57257

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2026 (MM / DD / YYYY) | to | Filing date | ☑ Operating a business<br>☐ Other | $ 620,911.00 |
| **For prior year:** | From | 01/01/2025 (MM / DD / YYYY) | to | 12/31/2025 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 1,567,752.35 |
| **For the year before that:** | From | 01/01/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 1,754,229.50 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | ________ (MM / DD / YYYY) | to | Filing date | ________ | $________ |
| **For prior year:** | From | ________ (MM / DD / YYYY) | to | ________ (MM / DD / YYYY) | ________ | $________ |
| **For the year before that:** | From | ________ (MM / DD / YYYY) | to | ________ (MM / DD / YYYY) | ________ | $________ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Georgia Power<br>Creditor's name<br>96 Annex<br>Atlanta, GA 30396 | 05/08/2026 | $ 18,143.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other ______ |
| 3.2. | J5 Group, Inc.<br>Creditor's name<br>931 Mountain Crest Way<br>Hoschton, GA 30548 | 04/06/2026 | $ 13,941.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other ______ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | ______<br>Insider's name<br><br>**Relationship to debtor**<br>______ | ______<br>______<br>______ | $______ | |
| 4.2. | ______<br>Insider's name<br><br>**Relationship to debtor**<br>______ | ______<br>______<br>______ | $______ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name | | | $ |
| 5.2. | Creditor's name | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | Last 4 digits of account number: XXXX– | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title: Veracruz Investment Group, LLC v. EMG Transfer Agent, LLC<br>Case number: 2026CV00813 | | Superior Court of Clayton County<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title:<br>Case number: | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

**Part 6: Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schreeder, Wheeler & Flint, LLP<br>**Address**<br>1100 Peachtree Street<br>Suite 800<br>Atlanta, GA 30309<br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>J5 Group, Inc. | | | $ 35,000.00 |
| 11.2. | <br>**Address**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| <br>**Trustee** | | | $ |

Debtor Veracruz Investment Group, LLC
Name
Case number (if known) 26-57257

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ______ Address Relationship to debtor ______ | | ______ | $______ |
| 13.2. | Who received transfer? ______ Address Relationship to debtor ______ | | ______ | $______ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ______ To ______ |
| 14.2. | | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ______

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ______ | EIN: ______ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor Veracruz Investment Group, LLC Case number (if known) 26-57257

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |
| 18.2. | Name | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___ <br> Dates business existed <br> From ___ To ___ |
| 25.2. | Name | | EIN: ___ <br> Dates business existed <br> From ___ To ___ |
| 25.3. | Name | | EIN: ___ <br> Dates business existed <br> From ___ To ___ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Steven L. Nartker<br>Name<br>16870 W. Bernardo Drive, Suite 260, San Diego, California 92127 | From _______<br>To _______ |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | ____________<br>Name | From _______<br>To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | ____________<br>Name | From _______<br>To _______ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | ____________<br>Name | From _______<br>To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | ____________<br>Name | |

Debtor Veracruz Investment Group, LLC Case number (*if known*) 26-57257
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | ____ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | ____ Name |

| | Name and address |
|---|---|
| 26d.2. | ____ Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ____ | ____ | $____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | ____ Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______________________ | ______ | $______________ |

**Name and address of the person who has possession of inventory records**

27.2. ______________________
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jing-Yu Lai | 3614 Torrey View Court, San Diego, CA 92130 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ________ To ________ |
| | | | ________ To ________ |
| | | | ________ To ________ |
| | | | ________ To ________ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. ______________________ Name | ______________ | ________ | |
| | | ________ | |
| | | ________ | |
| | | ________ | |
| | | ________ | |

**Relationship to debtor**

______________________

**Name and address of recipient**

30.2 ______________________
Name

**Relationship to debtor**

______________________

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| ______________________ | EIN: ______________ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| ______________________ | EIN: ______________ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/15/2026
MM / DD / YYYY

✘ /s/ Jing-Yu Lai
Signature of individual signing on behalf of the debtor

Printed name Jing-Yu Lai

Position or relationship to debtor Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| **EMG Transfer Agent c\o Cogency Global Inc., 850 New Burton Rd Suite 210, Dover, DE 19904** | **$182,907.53** | **Secured debt** |
| **Gas South, P.O. Box 530552, Atlanta, GA 30353** | **$12,366.88** | |
| **Clayton County Tax Commissioner, 121 S. McDonough Street Annex 3, 2nd Floor, Jonesboro, GA 30236** | **$152,383.13** | **Secured debt** |
| **Clayton County Water Authority, 1600 Battle Creek Road, Morrow, GA 30260** | **$43,835.48** | |

**Fill in this information to identify the case:**

Debtor name: Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 26-57257

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 13,000,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 42,997.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 13,042,997.00 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 9,269,495.18 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 275,267.97 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 9,544,763.15 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Northern District Of Georgia

**In re**
Veracruz Investment Group, LLC

**Debtor**

Case No. 26-57257
Chapter 11

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 35,000.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ -35,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify) J5 Group, Inc.

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. filing petition and schedules, motion to impose and extend stay

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/15/2026 /s/ Jamie Christy

*Date* *Signature of Attorney*

Schreeder Wheeler and Flint LLP

*Name of law firm*

**Fill in this information to identify the case and this filing:**

Debtor Name Veracruz Investment Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): 26-57257

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/15/2026
MM / DD / YYYY

✘ /s/ Jing-Yu Lai
Signature of individual signing on behalf of debtor

Jing-Yu Lai
Printed name

Manager
Position or relationship to debtor